FILED

J.N    FEB X 4 2008 

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
Northern District of Illinois, Eastern Division
Chicago, IL

**FEB 0 4 2008**

08CV748
JUDGE CONLON
MAG. JUDGE KEYS

| | |
|---|---|
| ALLA BORISOVNA TAMARKINA<br>Plaintiff<br><br>v.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and<br>Immigration Services;<br><br>MICHAEL MUKASEY,<br>Attorney General of the United States;<br><br>MICHAEL CHERTOFF,<br>Secretary of the Department of Homeland Security;<br><br>RUTH DOROCHOFF,<br>District Director of United States Citizenship<br>and Immigration Services, Chicago;<br><br>ROBERT S. MUELLER, III, Director FBI<br>Defendants. | PETITION FOR HEARING ON<br>NATURALIZATION<br>APPLICATION<br><br><br>UNDER INA § 336(b) and 8 U.S.C.<br>§ 1447(b)<br><br><br>(PRO SE) |

COME NOW Alla Borisovna Tamarkina, Plaintiff in the above cause and for cause of

action would show unto the Court the following:

1.      This action is brought for a hearing by me, Alla Borisovna Tamarkina (Plaintiff),

PRO SE, to obtain naturalization pursuant to Immigration and Nationality Act (INA) § 336(b)

and 8 U.S.C. §1447(b), which has been delayed due to Defendants' failure to adjudicate the

application within 120 days after first examination in violation of INA § 336(b) and 8 U.S.C.

§1447(b).  This court has exclusive jurisdiction to make a determination on my application, since

it is more than 120 days since interview by United States Citizenship and Immigration Services. I request the Court to grant citizenship and give the oath of citizenship. I meet all the statutory eligibility requirements for citizenship.

2.      This is an action for relief pursuant to law including the US Constitution, Mandamus Act (28 USC § 1361), Declaratory Judgment Act (28 USC § 2201), and the Administrative Procedures Act (5 USC § 551 *et seq*.). This action challenges the unreasonable delays in adjudicating petitioner's request for hearing on naturalization application under 8 U.S.C. §1447(a).

### PARTIES

1.      Plaintiff, Alla Borisovna Tamarkina, is a lawful permanent resident of the United States since July 15, 1998. She resides in Glenview, Illinois with her son Pavel Tamarkin. She filed the N-400 application on June 12, 2003 and was interviewed for her naturalization on March 8, 2004. Defendants failed to make a determination on the application within 120 days after the examination as required under USC 1447(b). She seeks an order granting her citizenship.

2.      Defendant Emilio T. Gonzalez, Ph.D., serves as Director of United States Citizenship and Immigration Services, a component of the Department of Homeland Security. USCIS is responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens, in particular INA § 310, 8 U.S.C. § 1421. Respondent Dr. Gonzalez is sued in the official capacity as Director of United States Citizenship and Immigration Services.

3. Defendant Michael Mukasey, the Attorney General of the United States, has been conferred the authority to naturalize persons as citizens of the United States by INA § 310(a), 8 U.S.C. § 1421(a), and is sued here in his official capacity.

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS"). As of March 1, 2003, DHS is the agency responsible for implementing the Immigration and Nationality Act. Within DHS, the United States Citizenship and Immigration Services ("CIS"), formerly part of the Immigration and Naturalization Service, is responsible for implementing the provisions under which lawful permanent residents can be naturalized and become United States citizens, in particular INA § 310, 8 U.S.C. § 1421. Respondent Chertoff is sued in his official capacity as the Secretary of the Department of Homeland Security.

5. Defendant Ruth Dorochoff is the District Director of the Chicago District of Citizenship and Immigration Services of the Department of Homeland Security, and is sued here in her official capacity. The District Director has been delegated authority, under 8 C.F.R. § 310.2, to control all activities within the Chicago District, including the authority to grant naturalization applications.

6. Defendant Robert S. Mueller, III, is the Director of Federal Bureau of Investigation (FBI). FBI is the component of Homeland Security that is responsible for "name check" security clearance for US Government agencies, such as USCIS, the delay of which is, in part, responsible for the failure of USCSIS to adjudicate the application within 120 days after the first examination for naturalization in violation of 8 USC § 1447(b).

## JURISDICTION

7. This Court has jurisdiction pursuant to INA § 336(b), 8 U.S.C. § 1447(b) (jurisdiction for hearing on naturalization in certain cases where the delay exceeds more than 120 days from the examination date); 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. §

2201, the Declaratory Judgment Act; 5 U.S.C. § 701, the Administrative Procedures Act; 5 U.S.C. § 552(a)(4)(B) (Freedom of Information Act) and 5 U.S.C. § 504, the Equal Access to Justice Act. This court has jurisdiction original jurisdiction of any action in the nature of mandamus under 28 USC § 1361 to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

## VENUE

8.      Venue in the Northern District of Illinois, Eastern Division is appropriate pursuant to 8 U.S.C. § 1421(c) because Plaintiff resides within the district and the administrative decisions delaying Plaintiff' applications for naturalization were issued by the Chicago Office of CIS, located within this district.

## STATEMENT OF THE FACTS

9.      I, the Plaintiff, filed N-400 naturalization application with filing fees on June 12, 2003 at the USCIS. (Exhibit 1)

10.      I attended and passed the citizenship interview on March 8, 2004 at the Chicago USCIS office. I was told at the interview that I had passed the test for citizenship comprising the English language, history and government tests, and that I had met the residence requirements and other eligibility requirements. (Exhibit 2)

11.      I was notified in writing on November 29, 2004 that I wait at least 120 days after the examination which was held on March 8, 2004 before taking any further action. (Exhibit 3)

12.      I took time on April 23, 2004 and April 27, 2004 and visited Chicago office of USCIS to check on the status of my application. I was told that the application was still pending due to the FBI name check. (Exhibits 4 & 5)

13.    I inquired with Congressman Mark Kirk in writing about the status of my application, and received letter from USCIS on July 14, 2004 notifying that my application was still pending due to the FBI name check. (Exhibit 6)

14.    I inquired again with Congressman Mark Kirk in writing about the status of my application, and received letter from USCIS on January 10, 2005 notifying that my application was still pending due to the FBI name check. (Exhibit 7)

16.    I need approval of my naturalization application because I wish to vote and need a United States passport to facilitate travel as an American Citizen.

17.    Since the date of interview, March 8, 2004, it has been over the 120-day statutory grace period allowed under USC § 1447(b), but USCIS has not made a decision on my naturalization application.

18.    I have exhausted all administrative remedies that are available to me.

19.    Citizenship conveys many benefits. Citizens have a right to vote and run for public office, they may apply for and receive a United States passport; they cannot be deported from the United States; they may travel freely into and out of the US without being subjected to admissibility review; they are eligible to apply and hold jobs that are restricted to only US citizens; they may petition for their immediate relatives to immigrate to US.  Respondents failure to adjudicate the naturalization application has deprived Petitioner of the above listed benefits.

## PRAYER

WHEREFORE, Plaintiff respectfully requests that this Court:

1.    Assume jurisdiction over this matter;

2.    If necessary, order that a hearing take place in this matter;

3.    Direct Defendants to promptly issue Certificates of Naturalization for Plaintiff,

4.     Review de novo and grant the naturalization application of Plaintiff, and give the

Plaintiff her oath of citizenship, and

5.     Grant any and all further relief this Court deems just and proper.

Date:  February 4, 2008.

Alla Borisovna Tamarkina

Plaintiff (PRO SE)

Address: 2142 Rugen Rd, Unit # D

Glenview, IL 60026

Home Phone: (847) 730-5714

Cell Phone: (847) 687-9892

Enclosures:

Exhibits 1- 7:
1) Form N-400 Application for Naturalization as filed.
2) N-652, Naturalization Interview Results.
3) Letter from District Director of Chicago USCSIS.
4) Proof of Inquiry as acknowledged by USCIS, dated April 23, 2004.
5) Proof of Inquiry as acknowledged by USCIS, dated April 27, 2004.
6) Letter from USCIS addressed to Congressman Mark Kirk dated July 14, 2004 in response to written enquiry.
7) Letter from Congressman Mark Kirk and a letter of communication from USCIS to Congressman Mark Kirk, dated January 10, 2005.

CC:
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, 101 West Congress Parkway, Chicago, IL 60605.

RUTH DOROCHOFF, District Director of United States Citizenship and Immigration Services, 101 West Congress Parkway, Chicago, IL 60605.

MICHAEL MUKASEY, US Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, Mail Stop: 0300, Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528-0300.

ROBERT S. MUELLER, III, Director Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., 5th Floor, Chicago, IL 60604.

GUS P. COLDEBELLA,  Acting General Counsel, Department of Homeland Security, Office of the General Counsel, Mail Stop 3650, Washington, DC 20528.

Exhibit 1

.S. Department of Justice
mmigration and Naturalization Service

OMB No. 1115-0009

**OMB CBO EXAM LOCATION CODE HIAS**

# Application for Naturalization

'rint clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application.  Use black or blue ink.

## Part 1. Your Name *(The Person Applying for Naturalization)*

Write your INS "A"- number here:
A **071 - 409 - 191**

Your current legal name.

Family Name *(Last Name)*
*TAMARKINA*

Given Name *(First Name)*
*ALLA*

Full Middle Name *(If applicable)*
*Borisovna*

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*
*TAMARKINA*

Given Name *(First Name)*
*ALLA*

Full Middle Name *(If applicable)*
*B*

Remarks

If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| *Vinogradova* | *Alla* | |
| | | |
| | | |

Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☑ Yes  ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*
*TAMARKINA*

Given Name *(First Name)*
*ALLA*

Full Middle Name

Action

## Part 2. Information About Your Eligibility  *(Check Only One)*

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND
I have been married to and living with the same U.S. citizen for the last 3 years, AND
my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 05/31/01)N

**Part 3. Information About You**

Write your INS "A" number here:
A 071 - 909 - 191

**A. Social Security Number**
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

**B. Date of Birth** *(Month/Day/Year)*
08/26/1961

**C. Date You Became a Permanent Resident** *(Month/Day/Year)*
07/15/1998

**D. Country of Birth**
USSR

**E. Country of Nationality**
Russia

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*  ☐ Yes  ☒ No

**G.** What is your current marital status?  ☐ Single, Never Married  ☐ Married  ☒ Divorced  ☐ Widowed

☐ Marriage Annulled or Other *(Explain)*_____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?  ☐ Yes  ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*  ☐ Yes  ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language_____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4. Addresses and Telephone Numbers**

**A. Home Address - Street Number and Name** *(Do NOT write a P.O. Box in this space)*
2142 Rugen Rd

**Apartment Number**
# D

**City** Glenview
**County** Cook
**State** IL
**ZIP Code** 60025
**Country** USA

**B. Care of**

**Mailing Address - Street Number and Name** *(if different from home address)*
same

**Apartment Number**

**City**

**State**

**ZIP Code**

**Country**

**C. Daytime Phone Number** *(If)*
847 977-6849

**Evening Phone Number** *(If any)*
(   )

**E-mail Address** *(If any)*

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A *071-409-191*

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☐ Male   ☒ Female

B. Height

*5* Feet *9* Inches

C. Weight

*226* Pound

D. Race

☒ White   ☐ Asian or Pacific Islander   ☐ Black   ☐ American Indian or Alaskan Native   ☐ Unknown

E. Hair color

☐ Black   ☒ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

F. Eye color

☐ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☒ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | *04,2003* | Present |
| *4300 W. Lake Ave, Glenview IL* | *08,1998* | *04,2003* |
| | / | / |
| | / | / |
| | / | / |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) From | To | Your Occupation |
|---|---|---|---|---|
| *Penamore Klinpow* | *120 Dupee Place Wilmette IL* | *05,2000* | *present* | *archives specialist* |
| *Gold & Ager Realty* | *785 Buffalo Grove Buffalo Grove IL* | *09,1999* | *05,2000* | *realtor* |
| *Remax Experts* | *Buffalo Grove IL* | *01,1999* | *03,1999* | *book-keeper* |
| | | / | / | |
| | | / | / | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A" - number here:

A 07140 9191

A. How many total days did you spend outside of the United States during the past 5 years?  **77** days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?  **3** trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|---|
| 07 07 2001 | 08 09 2001 | ☐ Yes | ☒ No | Russia | 34 |
| 05 29 2002 | 06 25 2002 | ☐ Yes | ☒ No | Russia | 28 |
| 07 28 2002 | 08 11 2002 | ☐ Yes | ☒ No | Russia | 15 |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |
| / / | / / | ☐ Yes | ☐ No | | |

---

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?  **1**  If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*                Given Name *(First Name)*                Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)*     3. Date of Marriage *(Month/Day/Year)*     4. Spouse's Social Security Number

5. Home Address - Street Number and Name                Apartment Number

City                State                ZIP Code

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A *071-709-191*

C. Is your spouse a U.S. citizen? ☐ Yes ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen? ☐ At Birth ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen
_ _ / _ _ / _ _ _ _

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*
A _ _ _ _ _ _ _ _

3. Spouse's Immigration Status
☐ Lawful Permanent Resident ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*
*TAMARKIN*

Given Name *(First Name)*
*Aleksandr*

Full Middle Name *(If applicable)*
*Viktorovich*

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*
*09/19/1986*

4. Date Marriage Ended *(Month/Day/Year)*
*04/23/1999*

5. How Marriage
☒ Divorce ☐ Spouse Died ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? [ ]

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*
_ _ / _ _ / _ _ _ _

4. Date Marriage Ended *(Month/Day/Year)*
_ _ / _ _ / _ _ _ _

5. How Marriage Ended
☐ Divorce ☐ Spouse Died ☐ Other _____

Write your INS "A" number here:
A 071-1409191

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.    [ 1 ]

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Pavel Tamarkin | 09/29/1989 | A 071409192 | USSR | with me |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |

## Part 10. Additional Questions

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☑ No

2. Have you EVER registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☑ No

3. Have you EVER voted in any Federal, state, or local election in the United States? ☐ Yes ☑ No

4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return? ☐ Yes ☑ No

5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☑ No

6. Do you have any title of nobility in any foreign country? ☐ Yes ☑ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☑ No

**Part 10. Additional Questions (Continued)**

Write your INS "A"- number here:
A 071-140 91 91

### B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund,
   foundation, party, club, society, or similar group in the United States or in any other place?    ☒ Yes   ☐ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a
      separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. *Komsomol* | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?    ☐ Yes   ☒ No

   b. Any other totalitarian party?    ☐ Yes   ☒ No

   c. A terrorist organization?    ☐ Yes   ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government
    by force or violence?    ☐ Yes   ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race,
    religion, national origin, membership in a particular social group, or political opinion?    ☐ Yes   ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either
    directly or indirectly)* with:

    a. The Nazi government of Germany?    ☐ Yes   ☒ No

    b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the
       help of the Nazi government of Germany?    ☐ Yes   ☒ No

    c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit,
       citizen unit, police unit, government agency or office, extermination camp, concentration
       camp, prisoner of war camp, prison, labor camp, or transit camp?    ☐ Yes   ☒ No

### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?    ☐ Yes   ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered
    yourself to be a "nonresident"?    ☐ Yes   ☒ No

Form N-400 (Rev. 05/31/01)N Page 7

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"-number here:
A 071409191

## D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☑ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☑ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☑ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☑ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☑ No

21. Have you **EVER** been in jail or prison? ☐ Yes ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

   a. been a habitual drunkard? ☐ Yes ☑ No

   b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No

   c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No

   d. been married to more than one person at the same time? ☐ Yes ☑ No

   e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No

   f. gambled illegally or received income from illegal gambling? ☐ Yes ☑ No

   g. failed to support your dependents or to pay alimony? ☐ Yes ☑ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☑ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:
A 071409191

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☑ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) _____    Selective Service Number ___/___/_____

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☑ Yes  ☐ No

## Part 11.  Your Signature

Write your INS "A" - number here:

A _0 7/ 4 0 9 / 9 1_

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

_V Oflaur_

Date *(Month/Day/Year)*

_06 V2 03_

## Part 12.  Signature of Person Who Prepared This Application for You *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

_Snutkina_

Preparer's Signature

_Snuof_

Date *(Month/Day/Year)*

_06 12 03_

Preparer's Firm or Organization Name *(If applicable)*

HIAS Chicago

Preparer's Daytime Phone Number

( )

Preparer's Address - Street Number and Name   1 S. Franklin, Rm. #11
Chicago, IL 60606-4665

City

State

ZIP Code

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

### Part 13.  Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ____ and the evidence submitted by me numbered pages 1 through ____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

### Part 14.  Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

**Naturalization Interview Results**

A#: 7I 40 9 I 9I

On __3-8__ , **2004**, you were interviewed by INS officer <u>Craig Neumeier</u>.

☑ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

**A)___ Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)_____ A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652.(Rev.)

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

CHI 70/48.2-C

November 29, 2004

ALLA TAMARKINA
2142 RUGEN RD. #D
GLENVIEW, IL 60025

Re: A071 409 191 - TAMARKINA, ALLA

Dear ALLA TAMARKINA,

Service records indicate that your case is being held pending completion of security checks. A final decision cannot be made on any application for naturalization or adjustment of status to permanent resident until national security checks are complete and the local USCIS office receives a response. National security checks are performed by federal agencies other than the United States Citizenship and Immigration Services (USCIS). Your local USCIS office has no control over the pace of completion of these required checks.

At any given time, there are many hundreds of this office's cases pending due to national security checks. A significant portion of these checks takes more than six months to complete. At the USCIS Chicago District Office, cases with pending security checks are queried every week to ensure that those whose checks have cleared are acted on in a timely manner.

The USCIS Chicago District Office requests that you wait at least 120 days from the date of your interview before making an inquiry regarding the status of your case, if you have been advised at your interview that your security check (or name check) is pending. Your cooperation helps us to use office resources more efficiently to complete your case and others that are pending.

USICIS thanks you for your patience and understanding in this matter.

Sincerely,

Michael M. Comfort
District Director

MMC:gs
Correspondence Tracking Number: CHI050604 75
Thank you for contacting USCIS Customer Service

*exhibit # 4*

Bureau of Citizenship and Immigration Services
539 South LaSalle
Chicago, IL 60605

*This is to acknowledge the receipt of your documentation presented in person at this address:*

Applicant name: _ALLA Tamarkina_ A# _714 09191_

Please list documents: _Tamarkina letter_
_+ copy of N-652 form_

Submitted On: _04. 23. 2004_

To Officer: _Craig Neumeier_

Received by: _Nadena_

**This is proof of receipt of additional documentation requested by the interviewing officer. It does not automatically guarantee a favorable decision. After review of your documents, you will receive a decision in the mail.**



*exhibit #5*

**U.S. Department Of Justice**
Immigration and Naturalization Service
539 S. LaSalle
Chicago, IL. 60605

---

*This is to acknowledge receipt of your documentation presented in person at this address:*

Applicant Name: _Tomonkina Alla_    A# _us in the letter_

Please list documents: _Letter (3 pages)_

_____

_____

_____

Submitted On: _04. 27. 04_

To Officer: _Greig Naumeier_

Received by: _A.N._

**This is proof of receipt of additional documentation requested by the interviewing Officer. It does not automatically guarantee favorable decision. After review of your documents, you will receive a decision in the mail.**

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604



**U.S. Citizenship
and Immigration
Services**

CHI 70/48.2-C

JUL 2 2 2004                                                     MT

July 14, 2004

The Honorable Mark Kirk
United States Representative
102 Wilmot Suite 200
Deerfield, IL 60015

Attention: Matt Towson

Re: A071 409 191 - TAMARKINA, ALLA

Dear Congressman Kirk,

Service records indicate that the applicant's case is being held pending name check completion. An interview or final decision cannot be made on any application for naturalization or adjustment of status to permanent resident until national security checks are complete and the local USCIS office receives a response. National security checks are performed by federal agencies other than the United States Citizenship and Immigration Services (USCIS). Your local USCIS office has no control over the pace of completion of these required checks.

At any given time, there are many hundreds of this office's cases pending due to national security checks. A significant portion of these checks takes more than six months to complete. At the USCIS Chicago District Office, cases with pending security checks are queried every week to ensure that those whose checks have cleared are acted on in a timely manner.

The USCIS Chicago District Office requests that applicants wait at least 120 days from the date of their interview before making an inquiry regarding the status of their case, if they have been advised at their interview that their security check (or name check) is pending. Their cooperation helps us to use office resources more efficiently to complete their cases and others that are pending.

USICIS thanks you for your constituent for their patience and understanding in this matter.

Sincerely,

MMC:drw
Correspondence Tracking Number: CHI062304 70
Thank you for contacting USCIS Customer Service

MARK STEVEN KIRK
10TH DISTRICT, ILLINOIS

COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEES:
FOREIGN OPERATIONS
LEGISLATIVE BRANCH
COMMERCE, JUSTICE AND STATE AND
THE JUDICIARY

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1310

WASHINGTON OFFICE:
1531 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–4835
FAX: (202) 225–0837
Rep. Kirk@mail.house.gov

DEERFIELD OFFICE:
102 WILMOT ROAD, SUITE 200
DEERFIELD, IL 60015
(847) 940–0202
FAX: (847) 940–7143

WAUKEGAN OFFICE:
20 SOUTH MARTIN LUTHER KING DRIVE
WAUKEGAN, IL 60085
(847) 662–0101
FAX: (847) 662–7519

CONGRESSIONAL
HUMAN RIGHTS CAUCUS

January 10, 2005

Ms. Alla Tamarkina
4650 Lilac
Glenview, IL. 60025

Dear Ms. Tamarkina:

Enclosed is a response from Citizenship and
Immigration Services. Unfortunately, your name check
still has not been completed and our office has no
ability to expedite the name check clearance
procedure. I am sorry I cannot help. Please contact my
office within 90 days if you fail to receive any
correspondence from CIS. I will be more than happy to
follow up on your case.

Sincerely,

Mark Steven Kirk
Member of Congress

MSK:mgt

## Towson, Matt

**From:** Chi-Congressional [Chi-Congressional@dhs.gov]
**Sent:** Monday, January 10, 2005 11:14 AM
**To:** Towson, Matt
**Subject:** Response to your inquiry dated 12/27/2004 9:44:08 AM

U.S. Department of Homeland Security
10 W. Jackson Blvd.
Chicago, IL 60604

January 10, 2005

The Honorable Mark Kirk
United States Representative
102 Wilmot Suite 200
Deerfield, IL 60015

Attention: Matt Towson

Re: A071 409 191 - TAMARKINA, ALLA

Dear Congressman Kirk,

Service records indicate that the applicant's case is being held
pending name check completion. An interview or final decision cannot
be made on any application for naturalization or adjustment of
status to permanent resident until national security checks are
complete and the local USCIS office receives a response. National
security checks are performed by federal agencies other than the
United States Citizenship and Immigration Services (USCIS). Your
local USCIS office has no control over the pace of completion of
these required checks.

At any given time, there are many hundreds of this office's cases
pending due to national security checks. A significant portion of
these checks takes more than six months to complete. At the USCIS
Chicago District Office, cases with pending security checks are
queried every week to ensure that those whose checks have cleared
are acted on in a timely manner.

USCIS thanks your constituent for their patience and understanding
in this matter.

1/10/2005

Sincerely,

Michael M. Comfort
District Director

MMC:wac
Correspondence Tracking Number: CHI122704 20
Thank you for contacting USCIS Customer Service