

08CV748
JUDGE CONLON
MAG. JUDGE KEYS

## APPEARANCE FORM FOR ~~~ ~~ ~~~
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** ALLA BORISOVNA TAMARKINA
(Please print)

**STREET ADDRESS:** 2142 Rugen Road #D

**CITY/STATE/ZIP:** Glenview, IL 60026

**PHONE NUMBER:** (847)7305714-h; (847)687-9892-c

**CASE NUMBER:** 

FILED
J.N FEB X 4 2008      FEB 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____          02.04.2008
Signature                          Date