## United States District Court for the Northern District of Illinois

Case Number: 08cv748

Assigned/Issued By: j. n.

Judge Name:

Designated Magistrate Judge:

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 1116610

Date Payment Rec'd: 2-4-08   Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
   _____
   (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
   (Type of Writ)

5 Original and 5 copies on 2-4-08 as to EMILIO GONZALEZ;
                                (Date)
MICHAEL MUKASEY; RUTH DOROCHOFF; MICHAEL CHERTOFF; ROBERT S. MUELLER, III

C:\wpwin80\docket\feeinfo.frm    03/14/05