# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0748 | **DATE** | 2/12/2008 |
| **CASE TITLE** | ALLA BORISOVNA TAMARKINA vs. EMILIO T. GONZALEZ, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff shall promptly serve summons and a copy of the complaint on each defendant, and then file returns of service. The parties shall comply with FRCP 26(a)(1) by April 25, 2008. All discovery shall be completed and any dispositive motions shall be filed with supporting memoranda by June 27, 2008. The parties shall present their joint final pretrial order and agreed pattern jury instructions on July 22, 2008 at 9:00 a.m. The case is on the August trial calendar. THESE ARE FIRM DATES. Pro se litigants may seek assistance through the District Court self-help assistance program by making an appointment at the Clerk's Office Intake Desk on the 20th floor or by calling 312-435-5691.

*[Signature: Suzanne B. Conlon]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|