

UNITED STATES DISTRICT COURT
Northern District of Illinois, Eastern Division
Chicago, IL

| | | |
|---|---|---|
| ALLA BORISOVNA TAMARKINA | ) | Case No. 08C 0748 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMILIO T. GONZALEZ, | ) | |
| Director, United States Citizenship and | ) | |
| Immigration Services; | ) | |
| | ) | |
| MICHAEL MUKASEY, | ) | **Certificate of Service** |
| Attorney General of the United States; | ) | |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary of the Department of Homeland Security; | ) | (PRO SE) |
| | ) | |
| RUTH DOROCHOFF, | ) | |
| District Director of United States Citizenship | ) | |
| and Immigration Services, Chicago; | ) | |
| | ) | |
| ROBERT S. MUELLER, III, Director FBI | ) | |
| Defendants. | ) | |

FEB 2 6 2008
F I L E D
FEB 2 6 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I certify that on February 05, 2008, I caused summons and a copy of the petition for hearing on naturalization application having case no. 08C 0748 to be served by Certified Mail to all the defendants listed above. A Summons Service Record and exhibits are enclosed herewith, as evidence for the same.

Date: February 19, 2008

Alla Borisovna Tamarkina
Plaintiff (PRO SE)
2142 Rugen Rd, Unit # D
Glenview, IL 60026

Enclosures:
Summons Service Record and Exhibits 1- 7



①

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO IL 60605

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

Postmark: FEB 5 2008

7007 1490 0004 5237 4474

Sent To: Emilio Gonzalez
Street, Apt. No.; or PO Box No. 101 West Congress Parkway
City, State, ZIP+4 Chicago, IL 60605

PS Form 3800, August 2006    See Reverse for Instructions

02/05/2008

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Alla Borisovna Tamarkina

v.

Gonzalez ETAL

CASE NUMBER: 08CV748
ASSIGNED JUDGE: JUDGE CONLON
DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE KEYS

TO: (Name and address of Defendant)

Emilion Gonzalez, Director, United States Citizenship & Immigration Services, 101, West Congress Parkway, Chicago IL 60605

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alla Borisovna Tamarkina
2142 Rugen Road #D Glenview, IL 60026

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUNEZ

(By) DEPUTY CLERK

FEB - 4 2008

DATE

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date            *Signature of Server*

_____
*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 33)



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20535

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

Postmark FEB 5 2008

Sent To: Robert S. Mueller
Street, Apt. No.; or PO Box No.: J Edgar Hoover Building
City, State, ZIP+4: 935 Pennsylvania A. NW Washington

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0004 5237 4450

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Alla Borisovna Tamarkina

v.

Gonzalez ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV748
ASSIGNED JUDGE: JUDGE CONLON
MAG. JUDGE KEYS

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant) Robert S. Mueller, III, Director FBI Defendants, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alla Borisovna Tamarkina
2142 Rugen Road #D
Glenview, IL 60026

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK — JANNETTE NUNEZ

DATE — FEB - 4 2008

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 33)

(3)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

0025
FEB
30
Postmark
5
Here
2008

02/05/2008

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: Mail Stop: 0300 DHS, 245 Murray
City, State, ZIP+4: Lane, SW, Washington, DC 20528 0%

7007 1490 0004 5237 4483

PS Form 3800, August 2006         See Reverse for Instructions

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Alla Borisovna Tamarkina

v.

Gonzalez Et Al

CASE: 08CV748
ASSIGNED JUDGE: JUDGE CONLON
MAG. JUDGE KEYS

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the Department of Justice Homeland Security, Mail Stop: 0500, Department of Homeland Security 245 Murray Lane, SW, Washington, DC 20528-0300

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alla Borisovna Tamarkina
2142 Ruppy Road #D
Glenview, IL 60026

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUNEZ

(By) DEPUTY CLERK

FEB - 4 2008

DATE

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

                                          _____
                                          *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 33)

(4)



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 | 02/05/2008 |

Sent To: Michael Mukasey
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Avenue
City, State, ZIP+4: NW, Washington, DC 20530-0001

PS Form 3800, August 2006         See Reverse for Instructions

7007 1490 0004 5237 4467

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Alla Borisovna
Tamarkina

v.

Gonzalez Et Al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ASSIGN: 08CV748
JUDGE CONLON
DESIGN MAG. JUDGE KEYS
MAGIS:

TO: (Name and address of Defendant)

Michael Mukasey
US Attorney General, US Department
of Justice, 950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alla Borisovna Tamarkina
2142 Rugen Road #D
Glenview, IL 60026

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUNEZ

(By) DEPUTY CLERK

FEB - 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date          *Signature of Server*

                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 33)



⑤

```
U.S. Postal Service ™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO IL 60605

Postage              $    $1.82       0025   FEB
Certified Fee             $2.65       30     5
Return Receipt Fee                           Postmark
(Endorsement Required)    $2.15              Here
                                             2008
Restricted Delivery Fee
(Endorsement Required)    $0.00

Total Postage & Fees $    $6.62       02/05/2008

Sent To  Ruth Dorochoff
Street, Apt. No.;
or PO Box No.  101 West Congress Parkway
City, State, ZIP+4
         Chicago  IL  60605

PS Form 3800, August 2006            See Reverse for Instructions
```

7007 1490 0004 5237 4498

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Alla Borisovna Tamarkina

CASE NUMBER:

v.

Gonzalez Et Al

08CV748
JUDGE CONLON
MAG. JUDGE KEYS

TO: (Name and address of Defendant)

Ruth Dorochoff, District Director of United States Citizenship & Immigration Services, 101 West Congress Parkway, Chicago, IL 60605

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alla Borisovna Tamarkina
2142 Rupert Road A.D.
Glenview, IL 60026

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUNEZ

FEB - 4 2008

(By) DEPUTY CLERK                                             DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
    Date          *Signature of Server*

    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 33)


⑥

```
================================================
              GLENVIEW MPO
            GLENVIEW, Illinois
                 600259998
              1615400025-0096
         (800)275-8777
02/05/2008                    03:20:33 PM
================================================
                Sales Receipt
================================================
Product                Sale  Unit      Final
Description            Qty   Price     Price
================================================
Utility                 7    $0.99     $6.99
Mailer
10.5x15-RP
CHICAGO IL 60604
Zone-1 First-Class                     $1.65
Large Env
5.80 oz.
Return Rcpt (Green                     $2.15
Card)
Certified                              $2.65
Label #:  70071490000452374511
                                     ========
Issue PVI:                             $6.45
                                     ========

WASHINGTON DC 20528
Zone-4 First-Class                     $1.65
Large Env
5.90 oz.
Return Rcpt (Green                     $2.15
Card)
Certified                              $2.65
Label #:  70071490000452374504
                                     ========
Issue PVI:                             $6.45
                                     ========

CHICAGO IL 60605
Zone-1 First-Class                     $1.82
Large Env
6.20 oz.
Return Rcpt (Green                     $2.15
Card)
Certified                              $2.65
Label #:  70071490000452374498
                                     ========
Issue PVI:                             $6.62
                                     ========

WASHINGTON DC 20528
Zone-4 First-Class                     $1.82
Large Env
```

```
6.20 oz.
Return Rcpt (Green
Card)                               $2.15
Certified                           $2.65
Label #: 70071490000452374481

Issue PVI:                          $6.62
                                  ========

CHICAGO IL 60605
Zone-1 First-Class
Large Env
6.10 oz.                            $1.82
Return Rcpt (Green
Card)                               $2.15
Certified                           $2.65
Label #: 70071490000452374474

Issue PVI:                          $6.62
                                  ========

WASHINGTON DC 20530
Zone-4 First-Class
Large Env
6.20 oz.                            $1.82
Return Rcpt (Green
Card)                               $2.15
Certified                           $2.65
Label #: 70071490000452374467

Issue PVI:                          $6.62
                                  ========

WASHINGTON DC 20535
Zone-4 First-Class
Large Env
6.20 oz.                            $1.82
Return Rcpt (Green
Card)                               $ .15
Certified                           $2.65
Label #: 70071490000452374450

Issue PVI:                          $6.62
                                  ========

Total:                             $52.93
                                  ========

Paid by:
MasterCard                         $52.93
    Account #: XXXXXXXXXXXXX2928
    Approval #: 08298B
    Transaction #: 924
    239033014D
```

(7)

CC to:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO IL 60604

| | |
|---|---|
| Postage | $1.65 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $6.45  02/05/2008 |

Postmark Here  FEB 5 2008

7007 1490 0004 5237 4511

Sent To: Patrick J. Fitzgerald
Street, Apt. No.; or PO Box No. 219 S. Dearborn 5th floor
City, State, ZIP+4 Chicago IL 60604

PS Form 3800, August 2006   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528

| | |
|---|---|
| Postage | $1.65 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $6.45  02/05/2008 |

Postmark Here  FEB 2008

7007 1490 0004 5237 4504

Sent To: Gus P. Coldebella
Street, Apt. No.; or PO Box No. Mail Stop 3650
City, State, ZIP+4 Washington, DC 20528

PS Form 3800, August 2006   See Reverse for Instructions