UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLA BORISOVNA TAMARKINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 748 |
| v. | ) | |
| | ) | Judge Conlon |
| EMILIO GONZALES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Alla Borisovna Tamarkina
      2142 Rugen Road, Unit D
      Glenview, Illinois 60026
      altamal2004@yahoo.com

    Please take notice that on June 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Suzanne B. Conlon in Room 1743 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in her place and stead, and then and there present the Defendants' Motion for Remand, at which time and place you may appear, if you see fit.

                                  Respectfully submitted,

                                  PATRICK J. FITZGERALD
                                United States Attorney

                            By: s/ Donald R. Lorenzen
                                DONALD R. LORENZEN
                                Assistant United States Attorney
                                219 South Dearborn Street
                                Chicago, Illinois 60604
                                (312) 353-5330

## Certificate of Service

Donald R. Lorenzen, an attorney, certifies that on June 5, 2008, he caused the forgoing Notice of Motion and Defendants' Motion for Remand to be served by first class and electronic mail upon the following *pro se* plaintiff:

Alla Borisovna Tamarkina
2142 Rugen Road, Unit D
Glenview, Illinois 60026
altamal2004@yahoo.com

s/ Donald R. Lorenzen

---

DONALD R. LORENZEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5330