## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0748 | **DATE** | 6/11/08 |
| **CASE TITLE** | ALLA BORISOVNA TAMARKINA vs. EMILIO GONZALES | | |

**DOCKET ENTRY TEXT**

The parties advise that the case has settled. The case is dismissed without prejudice in accordance with the settlement agreement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-00748 Document 12 Filed 06/11/2008 Page 1 of 1

08C0748 ALLA BORISOVNA TAMARKINA vs. EMILIO GONZALES — Page 1 of 1